Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 440-2019-05188 |

Illinois Department of Human Rights
*State or local Agency, if any*       and EEOC

S.S. No.

**NAME** (Indicate Mr., Ms., Mrs.): Reginald J. Dean
**HOME TELEPHONE** (Include Area Code): (773-317-3547)

**STREET ADDRESS**: 17450 N. Lotus Avenue
**CITY, STATE AND ZIP CODE**: Chicago, IL 60639
**DATE OF BIRTH**: 1/18/65

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: City Of Chicago, Dept. of Innovation and Technology, ____, CIO and ____
**NUMBER OF EMPLOYEES, MEMBERS**: 500+
**TELEPHONE** (Include Area Code): 312-747-0022

**STREET ADDRESS**: 333 S. State Street, Suite 420
**CITY, STATE AND ZIP CODE**: Chicago, IL 60604
**COUNTY**: Cook

RECEIVED EEOC
CHICAGO DISTRICT OFFICE

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ AGE
☒ RETALIATION ☐ NATIONAL ORIGIN ☒ DISABILITY ☒ Hostile Work En____

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)     LATEST (ALL)
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on or about 8/16/07, and have been continuously employed by Respondent for over twelve years. My most recent position is Programmer Analyst. During my employment I have been subjected to harassment, unwarranted discipline, discriminating and different terms and conditions of employment, and recently been retaliated against for engaging in protected activity.

I filed a charge of unfair labor practice against Respondent with the ILRB on June 7, 2016, which was dismissed on October 30, 2016. I have filed a claim with the City of Chicago Labor Relations Manager, several claims and grievances with AFSCME Local 2912 and Local 1669. Copies of such charges have been forwarded to department Human Resources managers referencing that I have been harassed and discriminated against based upon my age, race and gender. Further, I was the only African American 50+ male affected by a lay off in a department of over 99 City of Chicago employees. I believe the Respondent's actions are intended to clearly target and retaliate against me based upon my age, race and disability, and as a pretext to further discriminate and retaliate against me for exercising my civil rights, and engaging in protected activity.

I believe I have been discriminated against in violation of the ADEA, based upon age, and the ADA, based upon anxiety and asthma, and because of excercising my civil rights, in violation of Title VII of the Civil Rights Act of 1964, and the amendments thereto. As a result of the above stated retaliation and discrimination, I believe I have been forced to work in a hostile work environment, also in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

*signature* 

I declare under penalty of perjury that the foregoing is true and correct.
Reginald J. Dean

Date 5/30/19    Charging Party (Signature)

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Make PDF copies to file